**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**


| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE# 6:20-CR-00001 |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Crystal Wheeler | ) |

# <u>ORDER GRANTING LEAVE OF ABSENCE</u>

    **Counsel, JACK MORRIS DOWNIE**, having filed his Motion for Leave of Absence

and having served all parties thereto:

    IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following

dates: **April 7-10, 2020 & April 27, 2020-May 1, 2020** is **GRANTED.**


_____

United States Magistrate Judge Christopher L. Ray