IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

vs.                                                                                           CASE# 6:20cr-1

Crystal Wheeler

## ORDER GRANTING LEAVE OF ABSENCE

**Counsel, JACK MORRIS DOWNIE**, having filed his Motion for Leave of Absence and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: **November 11-14, 2020 & December 6-11, 2020** is **GRANTED.**

This 15th day of October, 2020.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia